**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 63 MM 2023
                                        Respondent :

                              v. :

NIGEL DEDIEECE CARTER, :

                                       Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of September, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.